UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MACIO P. TOOLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON GROUP ) <br> INTERNATIONAL, INC., and ) <br> URS CORPORATION ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> WASHINGTON GROUP ) <br> INTERNATIONAL, INC ) <br> ) <br> Third-Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> CATERPILLAR INC., ) <br> ) <br> Third-Party Defendant. ) | Case No. 08-cv-1084 |

## O R D E R & O P I N I O N

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulation for Dismissal signed by Defendant/Third Party Plaintiff Washington Group International, Inc., and Third Party Defendant Caterpillar, Inc. (Doc. 113), Defendant/Third Party Plaintiff's Third Party Complaint against Third Party Defendant is DISMISSED WITH PREJUDICE with each party to bear their own costs. IT IS SO ORDERED.

Entered this <u>28th</u> day of October, 2010.

                                                                                                s/ Joe B. McDade
                                                                       JOE BILLY McDADE
                                      United States Senior District Judge