

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MACIO P. TOOLEY, )
)
Plaintiff, )
)
)
v. )
)
) Case No. 08-cv-1084
)
WASHINGTON GROUP )
INTERNATIONAL, INC., )
)
Defendant. )

## ORDER & OPINION

Before the Court are Plaintiff's Motion to Edit the Transcript of the Deposition of the Testimony of Nancy Flores (Doc. 154), and Defendant's Motion to Edit the Transcript of Dr. William Bond (Doc. 152). The Court has examined the Motions and the Transcripts to which they relate, and rules as follows.

I. Transcript of Nancy Flores[1]

P. 10, L. 3-19:                Strike.

P. 56, L. 11:                  Objections overruled.[2]

P. 56, L. 22 – P. 61, L. 1:    Objections overruled.

P. 61, L. 16 – P. 64, L. 10:   Objections overruled.

---

[1] There are certain portions of the Flores' Transcript which were not referenced in Plaintiff's Motion, which require editing. For example, Page 22, lines 5-10 and 17-24, and Page 23 lines 1-3. It is the Court's understanding that the parties will reach an agreement to properly edit these, and other such portions of the Flores' Transcript, prior to trial.

[2] When an objection, or series of objections, is overruled, the Court expects the parties to strike the relevant objection(s) from the Transcript.

| | |
|---|---|
| P. 65, L. 18 – P. 66, L. 2: | Objection overruled. |
| P. 66, L. 9-13: | Objection overruled. |
| P. 84, L. 6 – P. 85, L. 1: | Objections overruled. However, P. 84, L. 23 and P. 85, L.1 remain in for clarity. |
| P. 85, L. 2 – 12: | Objection sustained; Strike. |
| P. 85. L. 13 – P. 87. L. 12: | Objections overruled. |
| P. 87, L. 13 – 21: | Objection sustained as cumulative; Strike. |
| P. 88, L. 18 – P. 89, L. 11: | Objections overruled. |
| P. 89, L. 15 – 23: | Objections overruled. |

II.  Transcript of Dr. William Bond

The parties have agreed to remove certain lines from the Bond Transcript. The Court allows all of the edits to which the parties have agreed. In addition, Defendant has asked the Court to rule on two objections. The Court rules as follows:

| | |
|---|---|
| Objection on P. 9, L. 19: | Objection overruled. |
| Objection on P. 15, L. 12: | Objection overruled. |

IT IS SO ORDERED.

Entered this 7th day of April, 2011.

s/Joe B. McDade

JOE BILLY McDADE
United States Senior District Judge