E-FILED
Thursday, 07 April, 2011 04:21:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MACIO P. TOOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.  08-cv-1084 |
| ) | |
| WASHINGTON GROUP ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R  &  O P I N I O N

This case has been reported settled by the parties. Pursuant to Local Rule 16.1(C), the parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this Order, a stipulation of dismissal or other appropriate settlement papers. The Jury Trial scheduled for 4/11/2011 is hereby VACATED. IT IS SO ORDERED.

Entered this 7th day of April, 2011.

                                            s/ Joe B. McDade
                                         JOE BILLY McDADE
                                 United States Senior District Judge